OPINION — AG — ** SALE OF BRICK — NON PROFIT ORGANIZATION ** THE STATE PENITENTIARY IS NOT AUTHORIZED BY HOUSE BILL NO. 611 TO SELL BRICK AND BUILDING TILE MANUFACTURED BY IT TO A CHURCH ORGANIZATION, WHICH BRICK AND BUILDING TILE ARE NOT TO BE USED THEREBY IN BUILDING A CHURCH, BUT TO BE USED IN BUILDING A CHURCH PARSONAGE, CAMPSITE OR INSTALLATION, SUCH AS IS MENTIONED. (NON PROFIT, PRISONER LABOR, PURCHASE, BUY, DISTRIBUTE, STRUCTURE, CONSTRUCTION) CITE: 74 O.S. 123 [74-123](F) (FRED HANSEN)